CIVIL CAUSE FOR JURY SELECTION

BEFORE JUDGE: SPATT    DATE: July 7, 2003    TIME: 9:00 A.M.
DOCKET NUMBER: CV-00-6030

TITLE: DiMANTO, LEANDER -vs- NASSAU COUNTY, et. al

COURT DEPUTY: MARY ELLEN SCHAFFNER

APPEARANCES:

FOR PLAINTIFF(S): Richard Miller, Esq. Pro bono

FOR PLAINTIFF(S): _____

FOR DEFENDANT(S): Liora M. Ben-Sorek, Esq.

FOR DEFENDANT(S): Carl Sandell, _____

FOR DEFENDANT(S): C/R Mary Ann Steiger

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ JUL - 7 2003 ★
LONG ISLAND OFFICE

✓ CASE CALLED.

✓ COUNSEL FOR ALL SIDES PRESENT.

___ COUNSEL FOR _____ NOT PRESENT

___ FOLLOWING JURORS SELECTED AND SWORN/NOT SWORN:

1.                    7.
2.                    8.
3.                    9.
4.                   10.
5.                   11.
6.                   12.

___ PLAINTIFF OPENS.    ___ DEFENDANT OPENS.

___ TRIAL RESUMED.

✓ OTHER Leander DiManto Sworn, & Case Settled. Stip of Settlement entered on the record. Case dismissed w/o prej & w/o costs, interest, atty fees or disbursements. Case Closed.

U.S.D.J    7/7/03