UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEANDER DiMANTO                                    CV-00-6030 (ADS) (ETB)

      Plaintiff,

  - against -                                     STIPULATION AND ORDER
                 OF DISMISSAL

NASSAU COUNTY, NASSAU COUNTY
POLICE DEPARTMENT, P.O. PHILIP
KOURIL #1330, P.O. KEITH SIMMONS
#721, P.O. ROBERT SHAIRER #3017,

      Defendants.
-----------------------------------------------------------X

  IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the respective parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, and without costs or attorney fees to either party as against the other.

Dated: Mineola, New York
    July / October, 2004

MILLER & SKUBIK                                    LORNA B. GOODMAN
                                                   Nassau County Attorney

By: _____              By: _____
Richard A. Miller (RM-4599)                        Liora M. Ben-Sorek (LMB 1971)
One Suffolk Square, Suite 520                      Deputy County Attorney
Islandia, New York 11749                           One West Street
(631) 234-0900                                     Mineola, New York 11501
Attorneys for Plaintiff                            (516) 571-3014
                                                   Attorneys for Defendants


SO ORDERED:


_____
U.S.D.J.